# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANTHONY CARROWAY,**
               Petitioner,

vs.                                        9:12-CV-00764 (JKS)

**ANTHONY J. ANNUCCI, Acting Commissioner, New York Department of Corrections and Community Supervision,**
               Respondent.

[ ]        **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]        **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that pursuant to the Memorandum Decision and Order of the Hon. James K. Singleton, Jr., United States District Judge, dated February 25, 2014, the Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Dkt. No. 1) is **DENIED**. **IT IS FURTHER ORDERED THAT** the Court declines to issue a Certificate of Appealability. Any further request for a Certificate of Appealability must be addressed to the Court of Appeals. *See* FED. R. APP. P. 22(b); 2D. CIR. R. 22.1.

DATED: February 25, 2014

*[signature]*
Clerk of Court

ENTERED 2/25/2014
BY PTM

-S-
_____
PTM
Deputy Clerk`